DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICK HARRIS** and **PAULINE HARRIS,**
Appellants,

v.

**BENTLEY ROOFING, LLC,**
Appellee.

No. 4D2022-2457

[December 14, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Sarah Shullman, Judge; L.T. Case No. 502021CC004961.

Patrick Harris, Boca Raton, pro se.

Benjamin T. Lute of Adams and Reese LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***